1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   RACHELLE D. BARBOUR, #185395
    Research & Writing Attorney
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    rachelle.barbour@fd.org916-498-5700/Fax 916-498-5710
5
    Attorney for Defendant
6   GREGORY COX

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,        )  Case No. 2:16-CR-123-MCE
11                                    )
                        Plaintiff,    )  STIPULATION AND ORDER TO CONTINUE
12                                    )  STATUS CONFERENCE
    v.                                )
13                                    )  Date: September 8, 2016
    GREGORY COX,                      )  Time: 10:00 a.m.
14                                    )  Judge: Hon. Morrison C. England
                        Defendant.    )
15                                    )
                                      )
16  _____ )

17        GREGORY COX by and through his counsel, RACHELLE BARBOUR, Research &

18  Writing Specialist and ROSS NAUGHTON, Assistant United States Attorney, hereby agree that

    the status conference set for August 11, 2016, be continued to September 8, 2016, at 10:00 a.m..
19
          The reason for this continuance is that defense counsel needs additional time to continue
20
    further defense investigation and preparation.
21
           This continuance is necessary for the ongoing preparation of counsel.  Counsel, along
22
    with the defendant, agree that the time from August 11, 2016 through September 8, 2016, should
23
    be excluded in computing the time within which trial must commence under the Speedy Trial
24
    Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the
25
    ends of
26
    / / /
27
    / / /
28

                                            -1-

1    justice served by this continuance outweigh the best interests of the public and the defendants in

2    a speedy trial.

3    DATED: August 8, 2016                    Respectfully submitted,

4                                             HEATHER E. WILLIAMS
                                              Federal Defender
5

6
                                             /s/ Rachelle D. Barbour
7                                            RACHELLE D. BARBOUR
                                             Research & Writing Attorney
8                                            Attorney for Defendant
                                             GREGORY COX
9

10   DATED: August 8, 2016                   PHILLIP A. TALBERT
                                             Acting United States Attorney
11

12                                           /s/ Rachelle Barbour for Ross Naughton
                                             ROSS NAUGHTON
13                                           Assistant United States Attorney

14

15                          O R D E R

16          It is hereby ordered that this matter is continued to September 8, 2016, at 10:00 a.m., for

17   further Status Conference.  It is further ordered that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)

18   and Local Code T4, the period from August 11, 2016 up to and including September 8, 2016, is

19   excluded from the time computations required by the Speedy Trial Act due to ongoing

20   preparation of counsel, and that the ends of justice served by this continuance outweigh the best

21   interests of the public and the defendants in a speedy trial.

22          IT IS SO ORDERED.

23   Dated:  August 10, 2016

24

25                                           MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE
26

27

28

*U.S. v COX,*
*Cr.S. 16-123-MCE*